### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>**LAWRENCE A. CIPOLLA,**  )<br>)<br>Defendant.  ) | **8:02CR14**<br><br>**ORDER** |

Defendant Lawrence A. Cipolla appeared before the court on Thursday, May 28, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [31]. The defendant was represented by Assistant Federal Public Defender Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. The government did not request detention. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **June 17, 2009 at 10:30 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 28th day of May, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge