IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:02CR14 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LAWRENCE A. CIPOLLA , | ) | |
| Defendant. | ) | |

Before the court is defendant's motion for release to inpatient treatment at Mid-Eastern Council on Chemical Abuse (MECCA) (Filing No. 48). Counsel represents to the the court the a placement is ready for defendant beginning October 28, 2009. Accordingly,

IT IS ORDERED:

1. The final disposition hearing is continued to **December 10, 2009 at 2:30 p.m.**, before the undersigned judge.

2. On **Wednesday, October 28, 2009,** the defendant is to be released to MECCA for inpatient treatment, and is ordered to remain, participate in and complete its program and obey all rules of the program.

3. The defendant is ordered to have no contact with Eva Bowers.

4. That the defendant will also abide by all the terms and conditions of his supervised release previously imposed.

DATED this 27th day of October, 2009.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE